UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES of AMERICA<br>    Plaintiff,<br><br>v.<br><br>WILLIAM D. DICKERSON,<br>    Defendant. | )<br>)<br>)<br>)   Case No.   04-20055 / 09-10096<br>)<br>)<br>)<br>) |

## O R D E R

Pending before the Court are Defendant's Motions [Dkts #75/76 and #140/141]. As part of Defendant's sentence in the captioned cases, he was ordered to serve a 10-year term of supervised release. Defendant's aggregate Motions for Modification of the Conditions of Supervised Release were heard and argued at an evidentiary hearing before the Court on October 18, 2024. At the conclusion of the hearing, Defendant accepted with only minor modifications the updated conditions of supervised release proposed by Probation which were also approved and accepted by the Court as an attachment to the Order of August 21, 2024. The Court granted Defendant's Motion to Modify Conditions of Supervised Release accordingly and an Amended Judgment was entered in each of the captioned cases. However, the Court denied that aspect of the motion that requested a reduction in the term of supervised release from 10 years to 5 years on the ground that 18 U.S.C §3583(e)(2) did not encompass the Court's authority to terminate the term of supervised release. However, the Court granted Defendant's oral motion to allow him to file a motion under §3583(e)(1) to terminate the term of supervised release, which would encompass a reduction of the term from 10 years to 5 years. Defendant subsequently briefed his oral Motion for Early Termination of Supervised Release, which is premature because Defendant has not yet served at least one year on supervised release as required under §3583(e)(1).

Being fully advised in the premises, the Court finds that Defendant began serving his 10-year term of supervised release on February 15, 2024 and wont be statutorily eligible to file a motion under §3583(e) for Termination of Supervised Release until February 15, 2025. For this reason, Defendant's Motions for Termination of Supervised Release [Dkts #75/76 and #140/141] are DENIED. The need for a hearing on the motions is MOOTED by this Order. Cases Terminated.

Dated this 5th day of Nov, 2024.

s/Joe B McDade

Honorable Joe B. McDade
Senior United States District Judge